# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-20192

DONNA K. HILTON,

      Plaintiff - Appellant

v.

STEVE MCCRAW, Director of Texas Department of Public Safety; ROBERT EARL PETTY, Individually; CHARLES ANTHONY RICHARDSON, Individually; PORTER WILSON, Executive Director of Employees Retirement Systems of Texas,

      Defendants - Appellees

United States Court of Appeals
Fifth Circuit

**FILED**

May 31, 2018

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-592

Before WIENER, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

    Donna K. Hilton appeals the dismissal of her 42 U.S.C. § 1983 action claiming substantive and procedural due process violations for deprivation of property based on the lack of spousal consent to the selection of her now-deceased husband's retirement plan. After consideration of the briefs, record,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20192

and applicable law in this matter, we conclude that the order of dismissal should be affirmed, essentially for the reasons set out by the district court.

AFFIRMED.